# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2026-1804
Lower Tribunal No. 2022-DR-001186

_____

JASON TODD WADE,

Petitioner,

v.

DIANA K. BJORKMAN WADE,

Respondent.

_____

Petition for Writ of Prohibition to the Circuit Court for Orange County.

July 31, 2026

PRATT, J.

Petitioner filed a petition for writ of prohibition in this Court seeking review of the trial court's order denying his motion to disqualify. We deny the petition because the motion was not timely filed. *See* Fla. R. Gen. Prac. & Jud. Admin. 2.330(g) ("A motion to disqualify shall be filed within a reasonable time not to exceed 20 days after discovery by the party or party's counsel, whichever is earlier, of the facts constituting the grounds for the motion."). Because the motion was untimely, we need not rule on the legal sufficiency of the motion.

Petitioner acknowledged the untimeliness of his motion in both his motion and his petition. Nevertheless, Petitioner frivolously filed his motion and his petition and in doing so unnecessarily wasted the trial court's and this Court's scarce judicial resources. We caution Petitioner that any further pro se filings in this Court asserting frivolous issues may result in sanctions such as a bar on pro se filing in this Court. *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITION DENIED.

WHITE and KAMOUTSAS, JJ., concur.


Jason Todd Wade, Lake Wales, pro se.

No Appearance for Respondent.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED